IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| DOUGLAS EUGENE MILES | § | |
| VS. | § | CIVIL ACTION NO. 1:25-CV-560 |
| JEFFERSON COUNTY JAIL | § | |

## ORDER ADOPTING THE MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Petitioner, Douglas Eugene Miles, a pre-trial detainee at the Jefferson County Jail, proceeding *pro se*, filed what appears to be a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

The Court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The magistrate judge recommends dismissing this petition as repetitious of Civil Action No. 1:25-CV-491 (E.D. Tex.) [Dkt. 6].

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, and pleadings. No objections to the Report and Recommendation of United States Magistrate Judge have been filed to date.[1]

### ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is ADOPTED. A final judgment will be entered in accordance with the recommendations of the magistrate judge.

**SIGNED this 14th day of April, 2026.**

Michael J. Truncale
United States District Judge

---

[1] Petitioner received a copy of the Report and Recommendation on December 2, 2025 [Dkt. 7].